IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIE M. STEWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   NO. 10-768-CJP |
| | ) |
| LIEUTENANT HOFFMAN, LIEUTENANT HUBLER, C/O FURLOW, LIEUTENANT BRADLEY, BRANDY LITTLE and T PEEK, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **C/O FURLOW, LIEUTENANT BRADLEY, BRANDY LITTLE** and **T. PEEK,** were dismissed by an Order entered by Judge Michael J. Reagan on February 28, 2011 (Doc. 6).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendants **LIEUTENANT HOFFMAN** and **LIEUTENANT HUBLER** and against Plaintiff **WILLIE M. STEWARD** (Doc. 82).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **LIEUTENANT HOFFMAN, LIEUTENANT HUBLER, C/O FURLOW, LIEUTENANT BRADLEY, BRANDY LITTLE and T PEEK** and against plaintiff **WILLIE M. STEWARD**.

Plaintiff shall take nothing from this action.

**DATED**: January 8, 2013

NANCY J. ROSENSTENGEL, CLERK

BY: S/Angela Vehlewald
    Deputy Clerk

Approved by   /s/Stephen C. Williams
         United States Magistrate Judge
           Stephen C. Williams